# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1328
_____

C.W., Father of C.Z.W., a Minor
Child,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas Williams, Judge.

December 15, 2023

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Amanda Peterson, Law Offices of Peterson, P.A., Mulberry for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee.